## Return

| Case No.: 1:26-mj-3179-RJS | Date and time warrant executed: 10/6/2026 10:26 AM | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of : Postal Inspectors Kyle Straight and Joseph Haluska

Inventory of the property taken and name(s) of any person(s) seized:

A. U. S. Postal Service Priority Mail parcel bearing tracking no. 9205590327908756465561 addressed to, KAITLYN PIERCE 730 W 37TH ST LORAIN OH 44052-5370 bearing return address of ELIXIR MOBILE ACCESSORIES 828 E MAYBERRY AVE HEMET CA 92543.

Approximately 10 grams of suspected Methamphetamine

B. U. S. Postal Service Priority Mail parcel bearing tracking no. 9200 1903 2790 8754 3991 48 addressed to, CHRISSY BERNOS 3275 W 157THST CLEVELAND OH 44111 bearing return address of SHANE BOUDELL 18011 DECATUR BLVD LAS VEGAS NV 89102.

Approximately 25 grams of suspected Valium

FILED
10:00 am Oct 16 2026
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/6/2026

Joseph A Haluska
*Executing officer's signature*

Joseph A. Haluska, US Postal Inspector
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ❒ Original ❒ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

In the Matter of the Search of
Two U.S. Postal Service mail parcels listed in Attachment A.
9205590327908756465561 200190327908754399148

Case No. 1:26-mj-3179-RJS

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Northern District of Ohio, Eastern Division
*(identify the person or describe the property to be searched and give its location)*:

Two U.S. Postal Service mail parcels listed in Attachment A.
9205590327908756465561 9200190327908754399148

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Tile 21, United States Code, Section 841 (a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before ______________ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ❒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to REUBEN J. SHEPERD . .
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❒ for _____ days *(not to exceed 30)* ❒ until, the facts justifying, the later specific date of ______________ .

Date and time issued: 10/6/26, 10:12am

City and state: Cleveland, Ohio

REUBEN J. SHEPERD. U.S. Magistrate Judge
*Printed name and title*